**Jerry MARTIN, Petitioner—Appellant,**

v.

**Tom CAREY, Warden; Attorney General of the State of California, Respondents—Appellees.**

**No. 01–57127.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 12, 2004.

Decided Feb. 25, 2004.

Diane E. Berley, Esq., West Hills, CA, Jerry Martin, Imperial, CA, for petitioner–appellant.

David C. Cook, AGCA–Office of the California Attorney General, Los Angeles, CA, for respondents–appellees.

Before: B. FLETCHER, PREGERSON, and BRUNETTI, Circuit Judges.

MEMORANDUM *

Petitioner Jerry Martin seeks a writ of habeas corpus because the trial court refused to appoint an expert on eyewitness testimony. This issue was dealt with di-

---

rectly in *Jackson v. Ylst*, 921 F.2d 882 (9th Cir.1990), in which we held, among other things, that a claim such as Martin's is barred under *Teague v. Lane*, 489 U.S. 288, 109 S.Ct. 1060, 103 L.Ed.2d 334 (1989). *See Jackson*, 921 F.2d at 885–86. Martin has failed to demonstrate that *Jackson* no longer controls. Therefore, the petition is denied.

AFFIRMED.

AFFIRMED.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.